# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **ELIZABETH H. SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and JOHN DOES 1-5,**<br><br>Defendant. | Case No. 3:23-cv-0017-MPM-RP |

## AGREED ORDER GRANTING
## MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT

THIS DAY this civil action came before the Court upon Defendant Hartford Life and Accident Insurance Company's Motion for Partial Dismissal of Plaintiff's Complaint (doc. 9), and the Court, being advised that the parties have agreed to grant said motion, IT IS THEREFORE ORDERED AND ADJUDGED that the motion is granted and Count II of Plaintiff's Complaint, asserting a claim for breach of fiduciary duty under 29 U.S.C. § 1132(a)(3), is hereby dismissed. Count I of Plaintiff's Complaint, asserting a claim for benefits under 29 U.S.C. § 1132(a)(1)(B), remains pending.

SO ORDERED AND ADJUDGED, this the 16th day of May 2023.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

AGREED:

| /s/ Richard D. Underwood | /s/ Braxton S. Thrash |
|---|---|
| Richard D. Underwood (#8533) | Braxton S. Thrash (#104222) |
| HARRIS SHELTON HANOVER & WALSH, PLLC | MAYNARD NEXSEN PC |
| 6060 Primacy Parkway, Ste 100 | 1901 Sixth Avenue North |
| Memphis, TN 38119 | Suite 1700 |
| 901.525.1455/901.567.9282 (e-fax) | Birmingham, Alabama 35203 |
| runderwood@harrisshelton.com | T: (205) 254-1000 |
| *Attorney for Plaintiff* | F: (205) 254-1999 |
| | bthrash@maynardnexsen.com |
| | *Attorney for Defendant* |